UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON )
 ) 2:07-cv-01155-GEB-EFB
    Plaintiff, )
 ) <u>ORDER TO SHOW CAUSE</u>
  v. ) <u>AND CONTINUING STATUS</u>
 ) <u>(PRETRIAL SCHEDULING)</u>
KANG PROPERTY, INC., ET AL, )
 )
    Defendants. )
 )

       The June 15, 2007, Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case for September 17, 2007, and required the parties to file a joint status report no later than fourteen days prior to the scheduling conference. The Order further stated that: "In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties." Plaintiff failed to provide the required explanation and is Ordered to Show Cause (OSC) no later than 4:00 p.m. on September 27, 2007, why sanctions should not be imposed under Rule 16(f) of the Federal Rules of Civil Procedure for this failure. If a hearing is requested on the OSC, it will be

1

1 held on October 29, 2007, at 9:00 a.m., just prior to the status
2 conference, which is rescheduled to that date.  In accordance with the
3 requirements set forth in the June 15, 2007, Order, the parties are to
4 file a joint status report no later than October 15, 2007.
5        IT IS SO ORDERED.
6 Dated:  September 14, 2007

         _____
         GARLAND E. BURRELL, JR.
         United States District Judge