UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) | |
| ) | 2:07-cv-01155-GEB-EFB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KANG PROPERTY, INC., a California ) | |
| Corporation; EDNA S. ALVAREZ, ) | |
| d/b/a Chevron; JOSE B. ALVAREZ ) | |
| d/b/a Chevron, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Plaintiff's request at the status conference hearing held on December 10, 2007, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 12, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge